# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**BETTY RICHARDSON**                                                            **PLAINTIFF**

**VS.**                      **CASE NO. 3:11CV00127 HDY**

**MICHAEL J. ASTRUE, Commissioner,**
    **Social Security Administration**                          **DEFENDANT**

## JUDGMENT

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this  27  day of January, 2012.

_____
UNITED STATES MAGISTRATE JUDGE